IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY BRADSTOCK, et al.,
    Plaintiffs,

vs.                                Case No. 3:13cv308/LC/CJK

SHERIFF DAVID MORGAN, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

The *pro se* plaintiff, Jeffrey Bradstock, along with three other inmates confined at the Escambia County Jail, have filed a civil rights complaint pursuant to 42 U.S.C. § 1983, complaining about the conditions of their confinement at the Jail. (Doc. 1). All plaintiffs have signed the complaint. No motion to proceed *in forma pauperis* has been filed, nor has a fee been paid. Plaintiffs have filed a pleading titled "Motion to Compel Defendants to Respond to In Forma Pauperis Request". (Doc. 2)

The Eleventh Circuit has held that inmates may not join together in a single civil rights suit so as to share the mandatory filing fee. *Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001). The *Hubbard* Court found that "the intent of Congress in promulgating the [Prison Litigation Reform Act] was to deter frivolous civil actions brought by prisoners by requiring each individual prisoner to pay the full amount of the required fee." *Id*. at 1195. The Circuit Court affirmed the district court's decision

to dismiss the case filed by multiple prisoner-plaintiffs without prejudice and to require each prisoner to file an individual action accompanied by the full filing fee or an application to proceed *in forma pauperis*. *Id*. at 1195, 1198; *accord Bowens v. Turner Guilford Knight Detention*, — F. App'x —, 2013 WL 692702 (11th Cir. Feb. 26, 2013) (unpublished opinion) (affirming district court's dismissal, under *Hubbard*, of civil rights complaint in which six inmates of a jail in Miami, Florida, joined their claims together in a single suit).[1]

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED and that the dismissal be WITHOUT PREJUDICE to each plaintiff filing a new, individual complaint on his own behalf, and either paying the full $350.00 filing fee or submitting an individual application to proceed *in forma pauperis*.

2. That plaintiffs' "Motion to Compel Defendants to Respond to In Forma Pauperis Request" (doc. 2) be DENIED as moot.

3. That the Clerk be directed to close the file.

At Pensacola, Florida, this 10th day of May, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The undersigned cites *Bowens* only as persuasive authority and recognizes that the opinion is not considered binding precedent. *See* 11th Cir. R. 36-2.

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).