IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY BRADSTOCK, et al.,
    Plaintiffs,

vs.                                           Case No. 3:13cv308/LAC/CJK

SHERIFF DAVID MORGAN, et al.,
    Defendants.
_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 10, 2013. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiffs have filed a Motion for Reconsideration (doc. 5) and a Motion for Additional Consideration (doc. 11) which are construed to be their objections to the report, and I have now made a *de novo* determination of those objections.

The four prisoner Plaintiffs assert that, by filing this single cause of action together, their intentions were not to split the federal filing fee among themselves but rather to avoid filing essentially duplicative pleadings throughout the litigation.

Beyond the fact that the Eleventh Circuit holding in *Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001), directs that each prisoner plaintiff should be required to file an individual action, the course Plaintiffs apparently prescribe would be for the Court to assess a filing fee in this single action that is four times the norm, which the Court would be reluctant to do. Furthermore, contrary to Plaintiffs' assertions about duplicative pleadings, the nature of their claims, access to prison legal materials, suggests that factual differences with regard to each particular denial of access for each Plaintiff are likely to arise. The Complaint itself heralds these differences. Moreover, because inmates do get transferred or released, Plaintiffs might find it increasingly difficult to meet the requirement that all pleadings and motions filed with the Court contain an original signature from each Plaintiff. Finally, the Court notes that individual cases may be consolidated for trial should the need arise at the appropriate time.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this order.

    2.    This case is **DISMISSED WITHOUT PREJUDICE** to each Plaintiff filing a new, individual complaint on his own behalf, and either paying the full $350.00 filing fee or submitting an individual application to proceed *in forma pauperis*.

    3.    Plaintiffs' Motion to Compel Defendants to Respond to In Forma Pauperis Request (doc. 2) and Motions to Proceed In Forma Pauperis (docs. 6-8) are **DENIED** as moot.

    4.    The Clerk is directed to close the file.

    **ORDERED** on this 11th day of June, 2013.

                                       s/ *L.A. Collier*
                                           Lacey A. Collier
                               Senior United States District Judge